| | | | |
|---|---|---|---|
| | AUSA: | Barbara Lanning | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Kara Klupacs | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
    v.
Jermaine Antonio Jackson, Jr.

Case: 2:26−mj−30078
Assigned To : Unassigned
Assign. Date : 2/13/2026
Description: CMP USA v Jackson (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 12, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Illegal possession of a machinegun |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kara Klupacs, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
*Judge's signature*

Date: February 13, 2026

City and state: Detroit, MI

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Kara Klupacs, being duly sworn, depose and state the following:

**I.     INTRODUCTION**

1.     I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since March 2018. I am currently assigned to the Detroit Field Division Group 1. I have graduated from the Federal Law Enforcement Training Center and ATF Special Agent Basic Training.  Prior to becoming a Special Agent, I served eight years as a federal law enforcement officer, both as a U.S. Customs and Border Protection Officer out of the Port of Detroit and as a U.S. Secret Service Uniformed Division Officer in Washington, DC. During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, and criminal street gangs, among other state and federal offenses.

2.     I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited

purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3. The ATF is currently conducting a criminal investigation concerning Jermaine JACKSON, for violation of 18 U.S.C. § 922(o) (Illegal Possession of a Machinegun).

## II.  PROBABLE CAUSE

4. On June 12, 2025, at approximately 4:24 a.m., Detroit Police officers were dispatched to the area of Collingham and Hayes for a ShotSpotter police run. Upon arrival, officers were approached by Adult Victim 1 (AV-1). AV-1 reported that a group of males wearing all black confronted him and shot up his vehicle. AV-1 reported the group of males fled in an orange Dodge Challenger and a Burgandy minivan.

5. Five minutes later, at approximately 4:29 a.m., Detroit Police officers were dispatched to the area of Houston Whittier and Hayes for a ShotSpotter police run indicating fully automatic gunfire. Responding officers located and seized 14 spent 40-caliber shell casings. These casings were collected and entered into the National Integrated Ballistic Information Network (NIBIN).

6. Greenlight security video in the area of Houston Whittier captured an orange Dodge Challenger and a Chrysler Town and Country minivan in the area of the shooting. The security camera captured each vehicle's license plate number.

7. Later the same day, at approximately 7:25 p.m., Detroit Police officers located the orange Dodge Challenger near Gratiot and Seymour in Detroit, Michigan. Officers attempted a traffic stop of the vehicle, but the driver fled. The department's air support located the Challenger and began tracking it. The Dodge Challenger stopped, and the vehicle's four occupants fled on foot through backyards. Air support relayed their observations to units on the ground.

8. Officers located all four men who fled from the Challenger. Officers located and arrested J.T., a juvenile, walking through a backyard on Eastlawn. Officers found N.P., an adult, hiding in a trash can in the same backyard. Officers located R.O., a juvenile, and Jermaine JACKSON hiding in a doghouse in the backyard of a house on Lakeview in Detroit, Michigan.

9. After R.O. and JACKSON exited the doghouse, officers looked inside the doghouse and located a Glock Model 22, .40 caliber handgun equipped with an extended magazine, and a pink machine gun conversion device (MCD), which is commonly referred to as a "Glock switch." Additionally, the firearm had an affixed weapon mounted light and a pink grip sleeve.

10. In January 2026, pursuant to a search warrant, officers received records of a social media account belonging to JACKSON. In those records, officers observed photographs of JACKSON holding what appears to be a Glock pistol equipped with an extended magazine, weapon mounted light, pink grip sleeve, and

pink machine gun conversion device (MCD).



*L: A photo from a series sent to JACKSON's account on June 2, 2025. C: A screenshot of a story displaying JACKSON's face and hand tattoos in the same outfit, with the apparent firearm in his pocket. R: The firearm recovered by Detroit Police on June 12, 2025.*

11. An MCD or "switch" is a conversion device that is designed to convert a semi-automatic firearm to a fully automatic firearm, which is capable of expelling multiple rounds from a single trigger pull. Since the sole purpose of a MCD or "Glock switch" is to make a firearm fully automatic, the MCD or "Glock switch" itself is classified as a machinegun under federal law.

12. ATF Special Agent Kenton Weston viewed photographs of the Glock Model 22 pistol recovered in this case. In addition to basic ATF training, SA Weston is a graduate of a specialized course on privately made firearms and machinegun conversion devices (PMF/MCD). SA Weston has provided instruction to DPD

4

officers on the identification of PMFs and MCDs. SA Weston has experience in the investigation, seizure, and examination of dozens of PMFs and MCDs. After viewing the photos, SA Weston confirmed that the device affixed to the firearm appeared to be a machinegun conversion device (MCD), colloquially referred to as a "Glock Switch."

13. After recovering the Glock Model 22 firearm, law enforcement submitted the gun for entry into NIBIN. NIBIN generated a preliminary lead between the Glock Model 22 pistol and the spent .40 caliber casings recovered at the scene of the Houston Whittier and Hayes shooting.

### III. CONCLUSION

14. Probable cause exists to believe that on June 12, 2025, Jermaine JACKSON knowingly possessed a firearm equipped with a machinegun conversion device in violation of Title 18 U.S.C. Section 922(o). This violation occurred within the Eastern District of Michigan.

_____
Kara Klupacs, Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
And/or by reliable electronic means

_____
Honorable Anthony P. Patti
United States Magistrate Judge                    Dated:   February 13, 2026

5